**Order entered January 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00021-CV

## IN THE INTEREST OF L.B., A CHILD,

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-11-543**

## ORDER

Before the Court is Court Reporter Barbar L. Tokuz's first reqeust for an extension of time to file the reporter's record. Tokuz's request is **GRANTED**. The reporter's record in this case is due on or before January 23, 2013.

/s/     CAROLYN WRIGHT
           CHIEF JUSTICE